Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletree.com
Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
Brett R. Tengberg, CA Bar No. 318436
brett.tengberg@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:  858-652-3100
Facsimile:   858-652-3101

Attorneys for Defendant GUARANTEED RATE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEED RATE, INC,<br><br>Defendant. | Case No. 3:23-cv-05602-VC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY ACTION**<br><br>Hearing Date: April 4, 2024<br>Hearing Time: 10:00a.m.<br>Courtroom:          4<br><br>Complaint Filed:   October 31, 2023<br>Trial Date:            None Set<br><br>District Judge:  Vince Chhabria |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 4, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4, 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Guaranteed Rate, Inc. ("Defendant") will, and does, move the Court for an order: (1) compelling arbitration of Plaintiff Robert Peters' ("Plaintiff") claims on an individual basis, in accordance with the terms of the parties' written mutual agreement to arbitrate; (2) dismissing Plaintiff's class claims; and (3) dismissing or staying the remaining action.

This Motion is made pursuant to the Federal Arbitration Act, Title 9 U.S.C., § 1, *et seq.*, and the Federal Rule of Civil Procedure 12(b)(1) because the Court lacks subject matter jurisdiction over Plaintiff's claims due to a binding, written arbitration agreement between the parties that encompasses the claims at issue. The arbitration agreement contemplates arbitration on an individual basis and includes a class action waiver.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities; Declaration of Nikolaos Athanasiou and exhibits, Declaration of Kristen Gerace and exhibits, Request for Judicial Notice, all pleadings, papers, and records on file herein; any oral argument that may be presented at the hearing; and upon such other matters as the Court deems just and necessary.

DATED: February 23, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Spencer C. Skeen*
Spencer C. Skeen
Tim L. Johnson
Andrew J. Deddeh
Attorneys for Defendant
GUARANTEED RATE, INC.