1  Spencer C. Skeen CA Bar No. 182216
   spencer.skeen@ogletree.com
2  Tim L. Johnson CA Bar No. 265794
   tim.johnson@ogletree.com
3  Andrew J. Deddeh CA Bar No. 272638
   andrew.deddeh@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
5  4660 La Jolla Village Drive, Suite 900
   San Diego, CA  92122
6  Telephone:     858-652-3100
   Facsimile:     858-652-3101
7
   Attorneys for Defendant GUARANTEED
8  RATE, INC.

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ROBERT PETERS, individually and on behalf   Case No. 3:23-cv-05602-VC
    of all those similarly situated,
13                                              **DECLARATION OF NIKOLAOS**
                   Plaintiff,                   **ATHANASIOU IN SUPPORT OF**
14                                              **DEFENDANT'S MOTION TO COMPEL**
          v.                                    **INDIVIDUAL ARBITRATION, DISMISS**
15                                              **CLASS CLAIMS, AND DISMISS OR**
    GUARANTEED RATE, INC,                       **STAY ACTION**
16
                   Defendant.                   Complaint Filed:  October 31, 2023
17                                              Trial Date:       None Set

18                                              District Judge:   Vince Chhabria

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF NIKOLAOS ATHANASIOU

I, Nikolaos Athanasiou, declare as follows:

1.      I am over the age of 18. In May 2009, Guaranteed Rate, Inc. ("GRI") hired me as a Branch Manager, and I have held numerous positions with the company since joining. In December 2015, I was hired as Chief Operating Officer, which is my current title. In my position, I am familiar with GRI's business and legal records and affairs. I have personal knowledge of the matters set forth in this Declaration. If called upon as a witness, I could and would competently testify to the following.

2.      GRI is a Delaware corporation with its principal place of business in Chicago, Illinois. GRI provides mortgage loan services to customers in every state in the United States, and it assists customers in obtaining loans for out-of-state real property. GRI operates and has employees in multiple states, including California, Illinois, and New York.

I declare under penalty of perjury under the laws of the State of California, the State of Illinois and the United States of America that the foregoing is true and correct, and that I executed this declaration on February 22, 2024.



Nikolaos Athanasiou

DECLARATION OF NIKOLAOS ATHANASIOU IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL
INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY ACTION