Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletree.com
Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
Brett R. Tengberg CA Bar No. 318436
brett.tengberg@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:  858-652-3100
Facsimile:   858-652-3101

Attorneys for Defendant GUARANTEED RATE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEED RATE, INC,<br><br>Defendant. | Case No. 3:23-cv-05602-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY ACTION**<br><br>Hearing Date: April 4, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom:           4<br><br>Complaint Filed:   October 31, 2023<br>Trial Date:            None Set<br><br>District Judge:  Vince Chhabria |

# [PROPOSED] ORDER

Defendant's Motion to Compel Arbitration came on for a regularly noticed hearing in the above-entitled Court, the Honorable Judge Vince Chhabria presiding.

After considering the papers and evidence in support of and in opposition to the Motion, as well as oral argument, and pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and for good cause shown, it is hereby ordered that the Motion is GRANTED on grounds that the parties entered into a valid and enforceable arbitration agreement to arbitrate all employment-related disputes, including the claims alleged by Plaintiff in his Complaint, and the arbitration agreement includes a class action waiver and contemplates arbitration on an individual basis.

It is hereby **ORDERED** that:

1. Plaintiff must arbitrate his individual claims;
2. Plaintiff's class claims are dismissed; and
3. This action is stayed pending arbitration of Plaintiff's individual claims.

**IT IS SO ORDERED.**

Date: _____        _____

Hon. Vince Chhabria
United States District Court Judge