1  Joshua S. Boyette
2  jboyette@swartz-legal.com
   Swartz Swidler LLC
3  201 Spear Street, Ste. 1100
   San Francisco, CA 94105
4  Tel: (510) 255-4660
   Fax: (510) 255-4660
5
6  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARANTEED RATE, INC.,<br><br>Defendant. | Case No: 3:23-cv-05602-VC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR AUTHORIZATION TO SEND NOTICE UNDER 29 U.S.C. § 216(b) AND FOR EQUITABLE TOLLING**<br><br>Date: April 4, 2024<br>Time: 10:00 a.m.<br>Ctrm.: 4<br><br>Judge: Vince Chhabria |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 4, 2024 at 10:00 a.m. in Courtroom 4 before Judge Vince Chhabria of the United States District Court, Northern District of California, Plaintiffs move the Court, pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. ("FLSA"), for authority to distribute notice to the potential members of the collective action certification to proceed as a collective action and facilitate notice ("Section 216(b) Motion"). In conjunction with this request, Plaintiffs request the Court compel Defendant to produce contact information of all Potential FLSA Plaintiffs, which includes all licensed loan originators who worked for Defendant Guaranteed Rate, Inc. from February 23, 2021 through the present. Plaintiffs also seek the Court equitably toll the

FLSA claims of putative opt-in plaintiffs from February 23, 2024 through the close of the opt-in period. This Section 216(b) Motion is based on this notice, the following supporting authority and arguments, the Declarations of Plaintiffs Peters, Laurence Beers, Dennis Fields, Vidalin Schuler, David Ashman, John Schuler, and Kevin Cravens, and the compensation plans for Peters, Ashman, V. Schuler, J. Schuler, and Kevin Cravens. Accompanying this motion is also: Plaintiff's Proposed Notice of Collective Action Lawsuit.

                            Respectfully,

                            **SWARTZ SWIDLER, LLC**
                            By: */s Joshua S. Boyette*
                                Joshua S. Boyette, Esq.
                                Justin L. Swidler, Esq.
                                *Admitted pro hac vice*

Dated: February 29, 2024