Joshua S. Boyette
jboyette@swartz-legal.com
Swartz Swidler LLC
201 Spear Street, Ste. 1100
San Francisco, CA 94105
Tel: (510) 255-4660
Fax: (510) 255-4660

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>GUARANTEED RATE, INC.,<br><br>    Defendant. | Case No: 3:23-cv-05602-VC<br><br>**DECLARATION OF JOSHUA S. BOYETTE IN SUPPORT OF PLAINTIFFS' MOTION FOR AUTHORIZATION TO SEND NOTICE UNDER 29 U.S.C. § 216(b)**<br><br>Date: April 4, 2024<br>Time: 10:00 a.m.<br>Ctrm.: 4<br>Judge:    Vince Chhabria<br><br>Trial Date:  None Set |

I, Joshua S. Boyette, declare as follows:

1. I am an attorney at law admitted to practice before this Court. I am among the attorneys representing Party Plaintiffs ("Plaintiffs"). I submit this declaration in support of Plaintiffs' motion for conditional certification of the FLSA collective action. I hereinafter refer to Defendant Guaranteed Rate, Inc. as "Guaranteed Rate" or "Defendant."

2. Attached as Exhibit 1-A to my Declaration is a true and correct copy of the Sworn Declaration of Plaintiff Robert Peters.

3. Attached as Exhibit 1-B to my Declaration is a true and correct copy of the Sworn Declaration of Party Plaintiff David Ashman

1

4. Attached as Exhibit 1-C to my Declaration is a true and correct copy of Sworn Declaration of Party Plaintiff Vidalin Schuler.

5. Attached as Exhibit 1-D to my Declaration is a true and correct copy of Sworn Declaration of Party Plaintiff Laurence Beers.

6. Attached as Exhibit 1-E to my Declaration is a true and correct copy of the Sworn Declaration of Party Plaintiff John Schuler,

7. Attached as Exhibit 1-F to my Declaration is a true and correct copy of the Sworn Declaration of Party Plaintiff Dennis Fields.

8. Attached as Exhibit 1-G to my Declaration is a true and correct copy of the Sworn Declaration of Party Plaintiff Kevin Cravens.

9. Attached as Exhibit 1-H to my declaration is a true and correct copy of Plaintiff Robert Peters' Compensation Plan.

10. Attached as Exhibit 1-I to my Declaration is a true and correct copy of Party Plaintiff David Ashman's Compensation Plan.

11. Attached as Exhibit 1-J to my Declaration is a true and correct copy of Party Plaintiff Vidalin Schuler's Compensation Plan.

12. Attached as Exhibit 1-K to my Declaration is a true and correct copy of Party Plaintiff John Schuler's Compensation Plan.

13. Attached as Exhibit 1-L to my Declaration is a true and correct copy of Party Plaintiff Kevin Cravens' Compensation Plan.

14. On February 23, 2024, during the Parties' Rule 26 conference, Plaintiffs sought Defendant provide the contact information for all FLSA potential plaintiffs, Defendant refused to provide such information and to date has not done so.

I declare, under penalties of perjury, that the foregoing is true to the best of my information and belief.

Respectfully submitted,

*/s/ Joshua S. Boyette*

2
BOYETTE DECLARATION IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION
CASE NO.: 3:23-CV-05602-VC

Joshua S. Boyette, Esq.

Dated: February 29, 2024