# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GUARANTEED RATE, INC.,<br><br>    Defendant. | Case No: 3:23-cv-05602-VC |

### 28 U.S.C. § 1746 DECLARATION IN SUPPORT CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION

I, __Dennis Fields__, declare:

1. I am over the age of 18 and am competent to testify to the facts in this declaration.

2. I make this declaration based upon personal knowledge and, if sworn as a witness, could and would testify competently to the facts contained herein.

3. I filed a Consent Form to join this action as a Party Plaintiff and am making this declaration on behalf of Plaintiffs in support of Plaintiff's Motion for Conditional Certification of a Collective Action.

4. Guaranteed Rate employed me from approximately __July 2021__ to __August 2023__ in the state of __North Carolina__ as a licensed mortgage loan originator ("MLO"). My position title during my employment was __VP of Mortgage Lending__.

5. The following statements are based on my experiences and observations throughout my employment with Guaranteed Rate as an MLO.

6. Based on the MLO job requirements established by Guaranteed Rate and my experience working as an MLO at Guaranteed Rate, to adequately perform the MLO position required me to work substantially more than 40 hours in a workweek.

7. Throughout my employment with Guaranteed Rate as an MLO, I was expected to and did work substantially more than 40 hours in a workweek on a routine basis, but Guaranteed Rate did not pay me any overtime wages for the hours I worked in excess of 40 hours in a workweek. I regularly worked between __45__ and __55__ hours in a workweek.

8. At all times throughout my employment as an MLO with Guaranteed Rate, the Company treated me and the other MLOs as "exempt" employees not entitled to overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq* (the "FLSA"). I am aware of this because the compensation plan for me and the other MLOs provided that I and the other RLOs were paid on a commission basis and Guaranteed Rate did not pay me or other MLOs for hours worked more than 40 in a workweek.

9. Guaranteed Rate did not have any system in place for tracking our hours worked and did not require me or other MLOs to report our daily work start and stop times.

10. As detailed in the below paragraph, most of the work I performed as a licensed mortgage originator was performed over the phone or by computer from Guaranteed Rate's office, from my home office, or from some other fixed location. Guaranteed Rate expected MLOs to work from home and provided us with the tools to do so.

11. I worked with potential borrowers/customers who were interested in mortgage products offered by Guaranteed Rate. My primary responsibility was to sell the mortgage loan products available through the Company to the potential borrower/customer when I was

speaking with them over the phone from the office or from my home office.

12. I spoke with potential borrowers/customers over the phone regarding mortgage products available through Guaranteed Rate. My goal as an MLO was to sell the potential borrower/customer a mortgage loan product available through Guaranteed Rate. My job performance and compensation were based almost exclusively on my generating sales of these loan products.

13. I took credit applications over the phone by having the potential borrower/customer provide me with basic financial information which allowed me to obtain credit information on the borrower/customer from a standardized system on the computer.

14. I told the borrower/customer what mortgage products were available and provided them basic information regarding mortgage products such as applicable fees and interest rates. Information on these mortgage products was provided to me by Guaranteed Rate or through its systems.

15. I then collected all necessary paperwork from the borrower/customer in order for Guaranteed Rate to process the mortgage product the customer selected and to finish the sale of the mortgage product. The paperwork which I needed to collect was set forth on guidelines provided to me by the Company. After all the financial paperwork was gathered from the borrower/customer regarding their application, and it was determined that they were pre-qualified by set criteria, the package of paperwork was provided to Guaranteed Rate for approval and processing.

16. From my experience and observations while working for Guaranteed Rate as an MLO, I believe my experience was similar to the other MLOs working for Guaranteed Rate regardless of specific position title.

**Pursuant to 42 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct and that I have personal knowledge of the information provided above.**

_Dennis Fields_
Dennis Fields (Feb 24, 2024 13:23 EST)

Feb 24, 2024