# EXHIBIT 1

## Deddeh, Andrew J.

| | |
|---|---|
| **From:** | Joshua Boyette <jboyette@swartz-legal.com> |
| **Sent:** | Monday, February 26, 2024 8:43 AM |
| **To:** | Johnson, Tim; Deddeh, Andrew J.; Skeen, Spencer C.; Tengberg, Brett R.; Schmidt, Erika K.; Menchaca, Kristin R. |
| **Subject:** | Peters v. Guaranteed Rate - Motion to Compel Arbitration |

**[Caution: Email received from external source]**

Counsel:

We are in receipt of Defendant's motion to compel arbitration. The Declaration of Kristen Gerace ECF Doc. No. 39-3, avers Mr. Athanasiou executed "Compensation terms," and attaches a Certification from DocuSign as Exhibit 8, but does not the provide the document which Exhibit 8 purports to certify.

Please send us that document, the Compensation Terms signed by Athanasiou, as it is necessary to our opposition to Defendant's motion.

Very Truly Yours,

Joshua S. Boyette, Esq.
Swartz Swidler LLC
9 Tanner Street, Suite 101
Haddonfield, NJ 08033
Tel: (856) 283-3525
Cell: (215) 913-7109
Fax: (856) 685-7417
jboyette@swartz-legal.com

---------------------------------------------------------------------------------------------------------------
This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail. If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.