# EXHIBIT 2

**Deddeh, Andrew J.**

| | |
|---|---|
| **From:** | Justin Swidler <jswidler@swartz-legal.com> |
| **Sent:** | Monday, March 11, 2024 8:55 AM |
| **To:** | Deddeh, Andrew J. |
| **Cc:** | Joshua Boyette; Schmidt, Erika K.; Matthew Miller; Skeen, Spencer C.; Tengberg, Brett R.; Johnson, Tim; Menchaca, Kristin R. |
| **Subject:** | Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement |

*[Caution: Email received from external source]*

Andrew:

In light of the Court modifying the adjourning the hearing date for defendant's motion to compel arb by 2 weeks, to April 18, will you consent to extending the time we have to respond to March 22.

Please let us know if Defendant is agreeable; if so, we will prepare a stipulation.

Thanks.

On Fri, Feb 23, 2024 at 8:19 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:
  Yes, you can add my signature. Thank you.


    On Feb 23, 2024, at 5:14 PM, Joshua Boyette <jboyette@swartz-legal.com> wrote:


*[Caution: Email received from external source]*


    Will do. I assume I can add your e-signature?


    Very Truly Yours,

    Joshua S. Boyette, Esq.
    Swartz Swidler LLC
    9 Tanner Street, Suite 101
    Haddonfield, NJ 08033
    Tel: (856) 283-3525
    Cell: (215) 913-7109
    Fax: (856) 685-7417
    jboyette@swartz-legal.com

    ---------------------------------------------------------------------------------------------------
    This e-mail message may contain privileged, confidential and/or proprietary information
    intended only for the person(s) named. If you are not the intended recipient, please destroy this

EXHIBIT 2, PAGE 2

message, and any attachments, and notify the sender by return e-mail.  If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Fri, Feb 23, 2024 at 7:43 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

Josh,

You can go ahead and file. I don't need to see it again.

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

---

**From:** Deddeh, Andrew J.
**Sent:** Friday, February 23, 2024 4:26 PM
**To:** Joshua Boyette <jboyette@swartz-legal.com>
**Cc:** Justin Swidler <jswidler@swartz-legal.com>; Schmidt, Erika K. <erika.schmidt@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>; Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>
**Subject:** RE: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

Josh I made some revisions. Let me know if we can go ahead and file.

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

---

**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Friday, February 23, 2024 3:23 PM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Justin Swidler <jswidler@swartz-legal.com>; Schmidt, Erika K.

EXHIBIT 2, PAGE 3

<erika.schmidt@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>; Johnson, Tim <Tim.Johnson@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

**[Caution: Email received from external source]**

---

Andrew:

We are fine with your additions, we have added our own additions all redlined.

You can file as is; if you have further changes, please send it back to us.

Very Truly Yours,

Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

Fax: (856) 685-7417

jboyette@swartz-legal.com

-------------------------------------------------------------------------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail. If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Fri, Feb 23, 2024 at 5:52 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

Counsel,

Attached is Defendant's revisions to the CMC. I initially forgot to use the redline function so I highlighted in red where I added without redline. I didn't change any of your positions.

You have our approval to file.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Justin Swidler <jswidler@swartz-legal.com>
**Sent:** Friday, February 23, 2024 10:12 AM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Joshua Boyette <jboyette@swartz-legal.com>; Schmidt, Erika K. <erika.schmidt@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>; Johnson, Tim <Tim.Johnson@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

EXHIBIT 2, PAGE 5

*[Caution: Email received from external source]*

Counsel:

Please see attached a draft of the case management statement for discussion at the conference.

We will talk at 2 EST. Our call in number 267-930-4000 x 997-074.

On Fri, Feb 23, 2024 at 12:26 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

I can do 2-2:30 EST.

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Justin Swidler <jswidler@swartz-legal.com>
**Sent:** Friday, February 23, 2024 9:21 AM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Joshua Boyette <jboyette@swartz-legal.com>; Schmidt, Erika K.
<erika.schmidt@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Skeen,
Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R.
<brett.tengberg@ogletreedeakins.com>; Johnson, Tim <Tim.Johnson@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

*[Caution: Email received from external source]*

We are available between 2-245 EST. We will circulate the joint case management statement conference before then. If that time does not work for you, please advise when you are available.

EXHIBIT 2, PAGE 6

On Fri, Feb 23, 2024 at 12:19 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com>
wrote:

Josh/Justin,

Let me know if you have time today to have our 26(f) conference. We need to file our report in
advance of the upcoming CMC.'

If you aren't available today then please let us know when you would be available.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>
**Sent:** Friday, February 23, 2024 8:43 AM
**To:** Joshua Boyette <jboyette@swartz-legal.com>
**Cc:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>; Schmidt, Erika K.
<erika.schmidt@ogletreedeakins.com>; Justin Swidler <jswidler@swartz-legal.com>; Matthew
Miller <mmiller@swartz-legal.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>;
Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

Josh/Justin:

Unfortunately, I am sick. My team will get the motion on file for Peters today, so we do not
need to stip to anything now. Obviously, we can still discuss the arb stip. We will still do
that, even after filing the motion. We can talk next week when I feel better. Thanks.

Sincerely,

Tim Johnson

Shareholder

Ogletree Deakins

o: 858.652.3105

c: 619.623.4866


Sent from my iPhone


On Feb 22, 2024, at 3:06 PM, Joshua Boyette <jboyette@swartz-legal.com> wrote:

**[Caution: Email received from external source]**

---

Tim:

After discussing with our client, we intend to seek the Court effectuate notice to potential plaintiffs, though we understand Defendant's position that the named plaintiff is bound to arbitrate as are the loan officers who we would seek to send notice to. In our view, the issue of notice is separate from whether any individual who ultimately seeks to bring a claim will be required to do so in arbitration. I understand from our discussion that Guaranteed will not stipulate to notice, and will oppose any motion for notice. I also understand that you would like an extension to file a responsive pleading and on the case management conference. Please let us know what you are seeking, as well as the parameters of any tolling which Guaranteed will agree to.

Thanks.


Very Truly Yours,

Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

Fax: (856) 685-7417

jboyette@swartz-legal.com

-----------------------------------------------------------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail. If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Wed, Feb 21, 2024 at 8:51 PM Johnson, Tim <tim.johnson@ogletree.com> wrote:

Gentlemen, we need to discuss the attached. Hopefully, we can work out the stip. Otherwise, we will need to file a MTC arb. Please let me know if you can discuss tomorrow morning. I am in a second day of mediation but I will take a break. Thanks.

Tim Johnson

Shareholder

Ogletree Deakins

o: 858.652.3105

c: 619.623.4866


**From:** Johnson, Tim
**Sent:** Tuesday, February 20, 2024 10:49 PM
**To:** Joshua Boyette <jboyette@swartz-legal.com>; Deddeh, Andrew J.
<andrew.deddeh@ogletreedeakins.com>; Schmidt, Erika K.
<erika.schmidt@ogletreedeakins.com>
**Cc:** Justin Swidler <jswidler@swartz-legal.com>; Matthew Miller
<mmiller@swartz-legal.com>; Skeen, Spencer C.
<Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R.
<brett.tengberg@ogletreedeakins.com>
**Subject:** RE: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement


I am in mediation tomorrow but I can talk Thursday or Friday. Let me know what
works for you. Thanks.


Tim Johnson

Shareholder

Ogletree Deakins

o: 858.652.3105

c: 619.623.4866


**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Friday, February 16, 2024 12:19 PM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Justin Swidler
<jswidler@swartz-legal.com>; Matthew Miller <mmiller@swartz-legal.com>;
Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R.
<brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement


*[Caution: Email received from external source]*

EXHIBIT 2, PAGE 10

That's fine. Thanks.

Very Truly Yours,

Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

Fax: (856) 685-7417

[jboyette@swartz-legal.com](mailto:jboyette@swartz-legal.com)

--------------------------------------------------------------------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail.  If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Fri, Feb 16, 2024 at 3:16 PM Deddeh, Andrew J. <[andrew.deddeh@ogletree.com](mailto:andrew.deddeh@ogletree.com)> wrote:

 Josh,

Here is the draft. Let me know if you approve. If you have changes then make them in redline and return to me. We can have it filed.

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Friday, February 16, 2024 11:52 AM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Justin Swidler <jswidler@swartz-legal.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

[Caution: Email received from external source]

How about "attempting to finalize an agreement to submit Peters matter to arbitration"

Very Truly Yours,

Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

EXHIBIT 2, PAGE 12

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

Fax: (856) 685-7417

jboyette@swartz-legal.com

------------------------------------------------------------------------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail. If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Fri, Feb 16, 2024 at 2:23 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

> Josh,
>
> Would you agree to submit another stipulation saying the parties tentatively agree to submit Peters matter to arbitration but are finalizing the terms and request the court continue all deadlines 60 days to allow the parties to finalize the stipulation for Peters and any other putative class members that may have an arbitration agreement?
>
> I could send that today so we can get it on file. I will just add to our previous one.
>
> **Andrew J. Deddeh | Ogletree Deakins**
> 4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
> andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Friday, February 16, 2024 11:16 AM
**To:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>
**Cc:** Justin Swidler <jswidler@swartz-legal.com>; Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

*[Caution: Email received from external source]*

Tim:

We have some concerns about this. Justin is on an airplane right now, and I am out next week Monday and Tuesday. We will send our response before the call. Do you have time to discuss on Wednesday?

Very Truly Yours,

Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

EXHIBIT 2, PAGE 14

Fax: (856) 685-7417

[jboyette@swartz-legal.com](mailto:jboyette@swartz-legal.com)

---------------------------------------------------------------------------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail.  If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Thu, Feb 15, 2024 at 12:59 PM Johnson, Tim <[tim.johnson@ogletree.com](mailto:tim.johnson@ogletree.com)> wrote:

> Justin, please see attached. With my edits, we approve. Please let me know if you have any further revisions. Thanks.
>
> Tim Johnson
>
> Shareholder
>
> Ogletree Deakins
>
> o: 858.652.3105
>
> c: 619.623.4866
>
> **From:** Justin Swidler <[jswidler@swartz-legal.com](mailto:jswidler@swartz-legal.com)>
> **Sent:** Thursday, February 15, 2024 5:20 AM
> **To:** Deddeh, Andrew J. <[andrew.deddeh@ogletreedeakins.com](mailto:andrew.deddeh@ogletreedeakins.com)>
> **Cc:** Johnson, Tim <[Tim.Johnson@ogletree.com](mailto:Tim.Johnson@ogletree.com)>; Joshua Boyette <[jboyette@swartz-legal.com](mailto:jboyette@swartz-legal.com)>; Martinez, Alicia M. <[alicia.martinez@ogletreedeakins.com](mailto:alicia.martinez@ogletreedeakins.com)>; Matthew Miller <[mmiller@swartz-legal.com](mailto:mmiller@swartz-legal.com)>; Menchaca, Kristin R. <[kristin.menchaca@ogletreedeakins.com](mailto:kristin.menchaca@ogletreedeakins.com)>; Skeen, Spencer C. <[Spencer.Skeen@ogletreedeakins.com](mailto:Spencer.Skeen@ogletreedeakins.com)>; Tengberg, Brett R.

<[brett.tengberg@ogletreedeakins.com](mailto:brett.tengberg@ogletreedeakins.com)>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

*[Caution: Email received from external source]*

---

Andrew,

Following up on the proposal we provided below.

Thanks,

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or previous e-mail messages attached to it, are privileged and confidential.  If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, dissemination, distribution, or use of any information, attachments, documents, files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If you have received this e-mail in error, please immediately notify the sender by telephone or e-mail reply, and delete the e-mail as well as

any documents, files, or previous e-mail message contained within, promptly.

On Wed, Feb 7, 2024 at 2:24 PM Justin Swidler <jswidler@swartz-legal.com> wrote:

Andrew,

As we agreed during our phone conference, I am providing you the proposed stipulation on Plaintiff Peters.  Please let me know if you would like to discuss further.

Thanks.

On Wed, Jan 31, 2024 at 3:53 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

I'm sorry to hear that Josh. Hope you feel better. Let us know if that changes. I will send a calendar invite and dial-in for Friday at 2 EST.

Would you be able to let us know what stipulations you would require in advance of our call if you stipulated to arbitration?

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Justin Swidler <jswidler@swartz-legal.com>
**Sent:** Wednesday, January 31, 2024 12:48 PM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Joshua Boyette <jboyette@swartz-legal.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-

legal.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>;
Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett
R. <brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

**[Caution: Email received from external source]**

Yes we can speak Friday at the time we had tentatively set (2 EST),
though with one caveat.   Josh testified positive for covid.  So far he
says he feels fine enough for the call.  If that changes we will have to
move the conference.

Thanks for confirming.

On Wed, Jan 31, 2024 at 3:22 PM Deddeh, Andrew J.
<andrew.deddeh@ogletree.com> wrote:

Justin,

I'm just following up to confirm that we will be speaking on Friday. We
never received a calendar invite so I wasn't sure if you needed to
reschedule. Please let us know as soon as you can.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone:
858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Deddeh, Andrew J.
**Sent:** Monday, January 29, 2024 6:46 PM
**To:** Justin Swidler <jswidler@swartz-legal.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Joshua Boyette <jboyette@swartz-legal.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>
**Subject:** RE: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

Hi Justin,

Nice speaking with you today. Friday (2/2) at 11 a.m. PST/ 2pm EST works for us for the call. If you confirm this works for Josh please send an invite.

Also, if you are considering stipulating to arbitration with some changes (i.e. not taking place in Illinois) then it would be helpful if you told us ahead of time what those changes would be in advance of the call. I think that would make it a more productive call. And we will identify the individuals who have SOL issues.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Deddeh, Andrew J.
**Sent:** Monday, January 29, 2024 1:37 PM
**To:** Justin Swidler <jswidler@swartz-legal.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Joshua Boyette

<jboyette@swartz-legal.com>; Martinez, Alicia M.
<alicia.martinez@ogletreedeakins.com>; Matthew Miller
<mmiller@swartz-legal.com>; Menchaca, Kristin R.
<kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C.
<Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R.
<brett.tengberg@ogletreedeakins.com>
**Subject:** RE: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

Hi Justin,

Do you have time today to discuss? We just received the order granting out stipulation.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone:
858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Deddeh, Andrew J.
**Sent:** Wednesday, January 24, 2024 6:19 PM
**To:** Justin Swidler <jswidler@swartz-legal.com>
**Cc:** Duncan, Tyler M. <tyler.duncan@ogletreedeakins.com>; Johnson, Tim
<Tim.Johnson@ogletreedeakins.com>; Joshua Boyette <jboyette@swartz-legal.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>;
Matthew Miller <mmiller@swartz-legal.com>; Menchaca, Kristin R.
<kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C.
<Spencer.Skeen@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

I hope you had a good time at the winter concert.

19

EXHIBIT 2, PAGE 20

Monday is fine. Let us know what time works for you?

On Jan 24, 2024, at 6:15 PM, Justin Swidler <[jswidler@swartz-legal.com](mailto:jswidler@swartz-legal.com)> wrote:

**[Caution: Email received from external source]**

Tonight was my daughter's winter concert but I can try to call you tomorrow after I land (mid afternoon your time).  Otherwise Monday would be best. Let me know your preference.

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or
previous e-mail messages attached to it, are privileged and
confidential.  If you are not the intended recipient of this e-mail,
you are hereby notified that any disclosure, copying, dissemination,

EXHIBIT 2, PAGE 21

distribution, or use of any information, attachments, documents,
files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If
you have received this e-mail in error, please immediately notify the
sender by telephone or e-mail reply, and delete the e-mail as well as
any documents, files, or previous e-mail message contained within,
promptly.

On Wed, Jan 24, 2024 at 8:41 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

> Hey Justin,
>
> Tim and I left a voicemail for you on your direct line. Do you have time tonight for a call to discuss the case and next steps? Feel free to call Tim directly on the number he provided in the message or my cell# 619.203.0992.
>
> If not we can try Monday after 12 pm. Let us know your availability then.
>
> Thanks,
>
> Andrew
>
> **Andrew J. Deddeh | Ogletree Deakins**
> 4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
> andrew.deddeh@ogletree.com | www.ogletree.com | Bio
>
> **From:** Justin Swidler <jswidler@swartz-legal.com>
> **Sent:** Tuesday, January 23, 2024 2:41 PM

EXHIBIT 2, PAGE 22

**To:** Deddeh, Andrew J.
<[andrew.deddeh@ogletreedeakins.com](mailto:andrew.deddeh@ogletreedeakins.com)>
**Cc:** Duncan, Tyler M.
<[tyler.duncan@ogletreedeakins.com](mailto:tyler.duncan@ogletreedeakins.com)>; Johnson, Tim
<[Tim.Johnson@ogletreedeakins.com](mailto:Tim.Johnson@ogletreedeakins.com)>; Joshua Boyette
<[jboyette@swartz-legal.com](mailto:jboyette@swartz-legal.com)>; Martinez, Alicia M.
<[alicia.martinez@ogletreedeakins.com](mailto:alicia.martinez@ogletreedeakins.com)>; Matthew Miller
<[mmiller@swartz-legal.com](mailto:mmiller@swartz-legal.com)>; Menchaca, Kristin R.
<[kristin.menchaca@ogletreedeakins.com](mailto:kristin.menchaca@ogletreedeakins.com)>; Skeen,
Spencer C. <[Spencer.Skeen@ogletreedeakins.com](mailto:Spencer.Skeen@ogletreedeakins.com)>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration
Agreement

*[Caution: Email received from external source]*

Andrew,

I'm flying to Sam Fran on Thursday and have a
settlent conference Friday.  I am available tomorrow
but otherwise it has to be next week.

Thanks.

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

EXHIBIT 2, PAGE 23

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or
previous e-mail messages attached to it, are privileged and
confidential.  If you are not the intended recipient of this e-mail,
you are hereby notified that any disclosure, copying, dissemination,
distribution, or use of any information, attachments, documents,
files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If
you have received this e-mail in error, please immediately notify the
sender by telephone or e-mail reply, and delete the e-mail as well as
any documents, files, or previous e-mail message contained within,
promptly.

On Tue, Jan 23, 2024 at 5:33 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

Josh,

Is your side available for a call on Thursday sometime after 1:30 p.m.? Let us know what time works for you.

Also, I would like to file the stipulation today if possible. Please let us know if you approve us filing it today as it is mostly based on the previous stipulation we filed. You can add to it that we intend to meet and confer on Thursday about how to proceed in the matter.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Deddeh, Andrew J.

**Sent:** Tuesday, January 23, 2024 2:11 PM
**To:** Joshua Boyette <jboyette@swartz-legal.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>;
Justin Swidler <jswidler@swartz-legal.com>; Martinez,
Alicia M. <alicia.martinez@ogletreedeakins.com>;
Matthew Miller <mmiller@swartz-legal.com>;
Menchaca, Kristin R.
<kristin.menchaca@ogletreedeakins.com>; Skeen,
Spencer C. <Spencer.Skeen@ogletreedeakins.com>;
Duncan, Tyler M. <tyler.duncan@ogletreedeakins.com>
**Subject:** RE: Peters v. Guaranteed Rate, Inc.; Arbitration
Agreement

Hi Josh,

Attached is an updated stipulation to continue our
deadlines and CMC another 2 weeks. I will coordinate
with our side and send over some times we are available
to chat.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Joshua Boyette <[jboyette@swartz-legal.com](mailto:jboyette@swartz-legal.com)>
**Sent:** Tuesday, January 23, 2024 11:07 AM
**To:** Deddeh, Andrew J.
<[andrew.deddeh@ogletreedeakins.com](mailto:andrew.deddeh@ogletreedeakins.com)>
**Cc:** Johnson, Tim <[Tim.Johnson@ogletreedeakins.com](mailto:Tim.Johnson@ogletreedeakins.com)>;
Justin Swidler <[jswidler@swartz-legal.com](mailto:jswidler@swartz-legal.com)>; Martinez,
Alicia M. <[alicia.martinez@ogletreedeakins.com](mailto:alicia.martinez@ogletreedeakins.com)>;
Matthew Miller <[mmiller@swartz-legal.com](mailto:mmiller@swartz-legal.com)>;
Menchaca, Kristin R.
<[kristin.menchaca@ogletreedeakins.com](mailto:kristin.menchaca@ogletreedeakins.com)>; Skeen,
Spencer C. <[Spencer.Skeen@ogletreedeakins.com](mailto:Spencer.Skeen@ogletreedeakins.com)>;
Tengberg, Brett R.
<[brett.tengberg@ogletreedeakins.com](mailto:brett.tengberg@ogletreedeakins.com)>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration
Agreement

*[Caution: Email received from external source]*

---

Dear Andrew,

We would like to confer with your team regarding
Defendant's intention to file a motion to compel
arbitration, and we are willing to extend the time for
that motion to be filed in order to do that.

Please provide us times when you would be available
for conferral.

Very Truly Yours,

Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

Fax: (856) 685-7417

jboyette@swartz-legal.com

-------------------------------------------------------------------------------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail. If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Mon, Jan 22, 2024 at 5:22 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

Hi Josh,

I'm following up on whether you will stipulate to arbitration or if we should prepare our motion? We need to know your response as soon as possible.

Please provide us with your response by close of business tomorrow, January 23, 2024.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Monday, January 8, 2024 6:26 PM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Justin Swidler <jswidler@swartz-legal.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

[Caution: Email received from external source]

Thanks, Andrew. I will confirm the opt-in filings tomorrow.

Two weeks additional is fine, as is extending the CMC.

Josh

On Mon, Jan 8, 2024 at 8:13 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

Hi Josh,

The arbitration agreement is signed by every individual as part of their onboarding. So we just need some time to locate the signed agreements. I have asked the client to pull the additional arbitration agreements for the subsequent consents you filed and the agreements from the relevant opinions. Please confirm the only consents you have filed are ECF# 19, 20 and 21. If not, please send me any other consents.

I would suggest we further extend our deadline to file our responsive pleading while we continue our discussions. Can we stipulate to another 2 week extension while we discuss how we want to proceed? I would also suggest we stipulate to continue the cmc a couple weeks to allow us to gather the documents needed. Let me know if you agree and I will draft the stipulation.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Friday, January 5, 2024 8:21 AM
**To:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>
**Cc:** Justin Swidler <jswidler@swartz-legal.com>; Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

[Caution: Email received from external source]

---

Andrew:

Are these the only agreements you are seeking to enforce? There are other opt-in plaintiffs beyond the ones whose agreements you sent to us.

As for the opinions you referenced, can you please send us the agreements that were at issue in those cases?

Very Truly Yours,

Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

Fax: (856) 685-7417

jboyette@swartz-legal.com

------------------------------------------------------------
----------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are

29

not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail.  If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

On Thu, Jan 4, 2024 at 3:27 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

Hi Justin,

Have you had a chance to review the opinions and make a determination how to proceed?

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Deddeh, Andrew J.
**Sent:** Tuesday, January 2, 2024 4:11 PM
**To:** Justin Swidler <jswidler@swartz-legal.com>
**Cc:** Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Joshua Boyette <jboyette@swartz-legal.com>; Martinez, Alicia M. <alicia.martinez@ogletreedeakins.com>; Matthew Miller <mmiller@swartz-legal.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>; Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>; Tengberg, Brett R. <brett.tengberg@ogletreedeakins.com>

**Subject:** RE: Peters v. Guaranteed Rate, Inc.;
Arbitration Agreement

Hi Justin,

It's one document but there are 52 pages comprising
3 opinions. Scroll down and look at exhibits b and c.

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA
92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com |
Bio

**From:** Justin Swidler <jswidler@swartz-legal.com>
**Sent:** Tuesday, January 2, 2024 4:10 PM
**To:** Deddeh, Andrew J.
<andrew.deddeh@ogletreedeakins.com>
**Cc:** Johnson, Tim
<Tim.Johnson@ogletreedeakins.com>; Joshua
Boyette <jboyette@swartz-legal.com>; Martinez,
Alicia M. <alicia.martinez@ogletreedeakins.com>;
Matthew Miller <mmiller@swartz-legal.com>;
Menchaca, Kristin R.
<kristin.menchaca@ogletreedeakins.com>; Skeen,
Spencer C. <Spencer.Skeen@ogletreedeakins.com>;
Tengberg, Brett R.
<brett.tengberg@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.;
Arbitration Agreement

*[Caution: Email received from external source]*

Andrew,

Thanks for sending.  However, I only see one decision attached, and the reference to JAMS in that opinion (as opposed to AAA) suggests the arbitration agreement you had enforced in that case is not the same agreement you are seeking to enforce here. Can you please clarify which California (federal or state) cases enforced the "identical" agreement you are seeking to enforce here?

Thanks.

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or
previous e-mail messages attached to it, are privileged and
confidential.  If you are not the intended recipient of this e-mail,
you are hereby notified that any disclosure, copying, dissemination,
distribution, or use of any information,

attachments, documents,
files, or previous e-mails attached to it is
STRICTLY PROHIBITED.  If
you have received this e-mail in error, please
immediately notify the
sender by telephone or e-mail reply, and delete
the e-mail as well as
any documents, files, or previous e-mail message
contained within,
promptly.

On Tue, Jan 2, 2024 at 6:45 PM Deddeh, Andrew
J. <andrew.deddeh@ogletree.com> wrote:

Hi Josh,

Attached are a couple of the opinions that granted
our MTC Arbitration. We got an identical arbitration
agreement enforced twice before Judge Chen in the
Northern District of California (See exhibits B and C
here).  The case cites are as follows:

   Exhibit B - Chun Ping Turng v. Guaranteed Rate,
Inc., N.D. Cal. Case No. 18-cv-02642-EMC

   Exhibit C - Karla Pereyra v. Guaranteed Rate, Inc.,
N.D. Cal. Case No. 18-cv-06669-EMC.

Some other cases where it was granted was in
Travalini v. Guaranteed Rate, Inc., Alameda County
Superior Court Case No. RG20082849; and Doe v.
CrossCountry Mortgage, LLC, et al., San Diego
County Superior Court Case No. 37-2021-00055029-
CU-OE-CTL.

Also, each of the additional plaintiffs also signed
arbitration agreements. I'm attaching them here.
Also, Plaintiff Hancock last worked in 4/1/19 (so all
claims are barred by the SOL).

Let us know your decision.

Thanks,

Andrew

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego,
CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com |
Bio

**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Tuesday, January 2, 2024 11:18 AM
**To:** Deddeh, Andrew J.
<andrew.deddeh@ogletreedeakins.com>
**Cc:** Johnson, Tim
<Tim.Johnson@ogletreedeakins.com>; Menchaca,
Kristin R. <kristin.menchaca@ogletreedeakins.com>;
Skeen, Spencer C.
<Spencer.Skeen@ogletreedeakins.com>; Justin
Swidler <jswidler@swartz-legal.com>; Matthew
Miller <mmiller@swartz-legal.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.;
Arbitration Agreement

[Caution: Email received from external source]

Andrew:

I am adding my colleagues Justin Swidler and
Matt Miller to the thread.

As I requested on December 28, please send us
the decisions you referred to in your first email
and again here, specifically the referenced
California cases that enforced the agreement you
sent us.

34

EXHIBIT 2, PAGE 35

Additionally, please send us the arbitration agreements for any opt-in plaintiffs who have filed consent forms in this matter that you intend to argue are also bound to arbitrate.


Very Truly Yours,


Joshua S. Boyette, Esq.

Swartz Swidler LLC

9 Tanner Street, Suite 101

Haddonfield, NJ 08033

Tel: (856) 283-3525

Cell: (215) 913-7109

Fax: (856) 685-7417

jboyette@swartz-legal.com


------------------------------------------------------------------------------------------------------------

This e-mail message may contain privileged, confidential and/or proprietary information intended only for the person(s) named. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail. If you are not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, disclosure or copying of this communication is strictly prohibited.

EXHIBIT 2, PAGE 36

On Tue, Jan 2, 2024 at 2:15 PM Deddeh, Andrew J. <andrew.deddeh@ogletree.com> wrote:

Hi Josh,

I'm following up on our request to dismiss the matter without prejudice and submit your client's claims to arbitration. We would prefer to avoid filing our motion to compel arbitration.

As Spencer said, we have enforced identical arbitration agreements before on behalf of Guaranteed Rate many times in both federal and state courts.

Please let us know your response by the end of this week. Let us know if you would like to have a call to discuss.

**Andrew J. Deddeh | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3109
andrew.deddeh@ogletree.com | www.ogletree.com | Bio

**From:** Joshua Boyette <jboyette@swartz-legal.com>
**Sent:** Saturday, December 23, 2023 2:34 PM
**To:** Skeen, Spencer C. <Spencer.Skeen@ogletreedeakins.com>
**Cc:** Deddeh, Andrew J. <andrew.deddeh@ogletreedeakins.com>; Johnson, Tim <Tim.Johnson@ogletreedeakins.com>; Menchaca, Kristin R. <kristin.menchaca@ogletreedeakins.com>
**Subject:** Re: Peters v. Guaranteed Rate, Inc.; Arbitration Agreement

**[Caution: Email received from external source]**

Spencer:

Given the holidays, it probably makes sense to extend your time to answer so we can consider your request.

Thoughts?

Josh

On Fri, Dec 22, 2023 at 9:39 PM Skeen, Spencer C. <spencer.skeen@ogletree.com> wrote:

Counsel:

I hope you are gearing up for some time off during the upcoming holiday.

Please be advised our firm represents Guaranteed Rate, Inc. in the lawsuit you just filed on behalf of Robert Peters. (See attached Complaint.) Please direct future correspondence regarding this matter to my attention, and copy my colleagues: Tim Johnson, Andrew Deddeh and Kristin Menchaca.

Your client's wage and hour claims are defective because your client was properly classified as exempt. However, we can debate the merits later. More important for now, *is the fact that your client signed his Compensation Plan which includes a binding agreement to arbitrate all disputes on an individual basis. It also includes a class and collective action waiver.* (See Section VII in attached Compensation Plan.) This precise arbitration provision has been repeatedly enforced by federal and state courts in California by our firm.

Please dismiss your client's complaint, without prejudice, immediately. You are free to pursue any rights your client may have in arbitration.

Given our responsive pleading is due January 2, 2024, I request the favor of your earliest response. I do not want to work over the Holidays to file an unnecessary motion to compel arbitration. I look forward to hearing back right away.

Sincerely,

**Spencer C. Skeen | Ogletree Deakins**
4660 La Jolla Village Drive, Suite 900 | San Diego, CA 92122 | Telephone: 858-652-3102 | Mobile: 619-889-5051
spencer.skeen@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately*

*and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or previous e-mail messages attached to it, are privileged and

confidential.  If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, dissemination, distribution, or use of any information, attachments, documents, files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If you have received this e-mail in error, please immediately notify the sender by telephone or e-mail reply, and delete the e-mail as well as any documents, files, or previous e-mail message contained within, promptly.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or previous e-mail messages attached to it, are privileged and confidential.  If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, dissemination, distribution, or use of any information, attachments, documents, files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If you have received this e-mail in error, please immediately notify the sender by telephone or e-mail reply, and delete the e-mail as well as any documents, files, or previous e-mail message contained within, promptly.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or previous e-mail messages attached to it, are privileged and confidential.  If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, dissemination, distribution, or use of any information, attachments, documents, files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If you have received this e-mail in error, please immediately notify the sender by telephone or e-mail reply, and delete the e-mail as well as any documents, files, or previous e-mail message contained within, promptly.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--

EXHIBIT 2, PAGE 42

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC

9 Tanner Street, Ste. 101

Haddonfield, NJ 08033

Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

Information contained in this e-mail and any documents, files, or
previous e-mail messages attached to it, are privileged and
confidential.  If you are not the intended recipient of this e-mail,
you are hereby notified that any disclosure, copying, dissemination,
distribution, or use of any information, attachments, documents,
files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If
you have received this e-mail in error, please immediately notify the
sender by telephone or e-mail reply, and delete the e-mail as well as
any documents, files, or previous e-mail message contained within,
promptly.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

--

Very Truly Yours,

Justin L. Swidler, Esq.
Swartz Swidler, LLC
9 Tanner Street, Ste. 101
Haddonfield, NJ 08033
Tel: (856) 685-7420
Direct Dial: (856) 283-3523
Fax: (856) 685-7417

EXHIBIT 2, PAGE 43

Information contained in this e-mail and any documents, files, or previous e-mail messages attached to it, are privileged and confidential.  If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, dissemination, distribution, or use of any information, attachments, documents, files, or previous e-mails attached to it is STRICTLY PROHIBITED.  If you have received this e-mail in error, please immediately notify the sender by telephone or e-mail reply, and delete the e-mail as well as any documents, files, or previous e-mail message contained within, promptly.