| | |
|---|---|
| 1 | Spencer C. Skeen CA Bar No. 182216 |
| 2 | spencer.skeen@ogletree.com |
|   | Tim L. Johnson CA Bar No. 265794 |
| 3 | tim.johnson@ogletree.com |
|   | Andrew J. Deddeh CA Bar No. 272638 |
| 4 | andrew.deddeh@ogletree.com |
|   | Brett R. Tengberg, CA Bar No. 318436 |
| 5 | brett.tengberg@ogletree.com |
|   | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 6 | 4660 La Jolla Village Drive, Suite 900 |
|   | San Diego, CA 92122 |
| 7 | Telephone: 858-652-3100 |
|   | Facsimile: 858-652-3101 |

Attorneys for Defendants GUARANTEED RATE, INC.; VICTOR CIARDELLI and NIKOLAOS ATHANASIOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>GUARANTEED RATE, INC,<br><br>          Defendant,<br><br>And<br><br>VICTOR CIARDELLI<br><br>          Defendant,<br><br>And<br><br>NIKOLAOS ATHANASIOU<br><br>          Defendant. | Case No. 3:23-cv-05602-VC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY ACTION**<br><br>Hearing Date: May 23, 2024<br>Hearing Time: 10:00a.m.<br>Courtroom: 4<br><br>Complaint Filed: October 31, 2023<br>Trial Date: None Set<br><br>District Judge: Vince Chhabria |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 23, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4, 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendants Guaranteed Rate, Inc., Victor Ciardelli and Nikolaos Athanasiou ("Defendants") will, and do, move the Court for an order: (1) compelling arbitration of Plaintiff Robert Peters' ("Plaintiff") claims on an individual basis, in accordance with the terms of the parties' written mutual agreement to arbitrate; (2) dismissing Plaintiff's class claims; and (3) dismissing or staying the remaining action.

This Motion is made pursuant to the Federal Arbitration Act, Title 9 U.S.C., § 1, *et seq.*, and the Federal Rule of Civil Procedure 12(b)(1) because the Court lacks subject matter jurisdiction over Plaintiff's claims due to a binding, written arbitration agreement between the parties that encompasses the claims at issue. The arbitration agreement contemplates arbitration on an individual basis and includes a class action waiver.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities; Declaration of Kristen Gerace and exhibits, Request for Judicial Notice, all pleadings, papers, and records on file herein; any oral argument that may be presented at the hearing; and upon such other matters as the Court deems just and necessary.

DATED: March 25, 2024    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Tim L. Johnson*
Spencer C. Skeen
Tim L. Johnson
Andrew J. Deddeh
Attorneys for Defendants GUARANTEED RATE, INC.; VICTOR CIARDELLI and NIKOLAOS ATHANASIOU