# EXHIBIT 3

## Please Review & Act on These Documents

**Kristen Johnson**
Guaranteed Rate, Inc (HR)

guaranteedRate

Powered by DocuSign

Hi - Please sign your offer letter.

Please review the documents below.

CONTINUE OTHER ACTIONS

Dear <Name>,

We are delighted to offer you employment with Guaranteed Rate, Inc. (GRI) and we look forward to you joining our team. We trust that your knowledge, skills, and experience will be among our most valuable assets.

Please see the details of our employment offer below:

- **Job Title:** <Title>
- **Reporting To:** <Team Leader>, <Team Leader's Title>
- **Start Date:** <Day of the Week, Month Day, Year>
- **Work Location:** <Work Location> <**OR REPLACE WITH:** You will be a remote team member.>
- **Pay:** Please refer to your Employment Agreement for compensation details, which you should be receiving shortly. <**OR REPLACE WITH:** Your compensation will consist of an annual base salary of $<Annual Rate> distributed semi-monthly.
- **Overtime:** This position is considered Exempt. Therefore, you are not eligible to receive overtime.
- **Benefits:** You are eligible to participate in GRI's standard benefit plans beginning on the first of the month following 30 days of full-time employment. Additional information on the available benefits is described in a separate benefits guide. The provisions of the plans supersede all terms of this letter and may be altered by GRI from time to time. The benefits available to you and your dependents, if any, include the following:
  - Medical with Prescription coverage
  - Dental
  - Vision
  - Life and Supplemental Life Insurance
  - Short- and Long-term Disability
  - Critical Illness
  - Accident Insurance
  - Legal Assistance
  - Flexible Spending Accounts (Health Care, Dependent Care, Transit and Parking)
  - Health Savings Account (HSA)

 Copyright © 2022 DocuSign Inc. | V2R