**EXHIBIT 4**



**Terms of Agreement:** Please understand that this letter outlines your employment and parts of your compensation package. You must be actively employed by GRI to receive any of the payments detailed in this letter. Your employment is "at will" and this letter does not constitute an employment contract. As customary, we reserve the right to alter the terms of your compensation at any time upon notice of management's discretion and in compliance with applicable law. You and GRI acknowledge and agree that no representations, inducements, promises or agreements, oral or otherwise, have been made between you and GRI, or anyone acting on behalf of you or GRI, which are not included in this letter. You and GRI acknowledge and agree that no other agreement, statement, or promise not included in this letter shall be valid or binding

We are excited about you becoming a member of our team and look forward to working with you. This offer of employment will expire <three (3) days OR REPLACE WITH thirty (30) days> from the date of this letter after which it will no longer be valid. GRI further reserves the right to earlier rescind this offer at any time after issuance. This offer letter supersedes all prior oral or written communications between GRI and you. If you have any questions, please feel free to call me at <HRC's direct telephone #>.

Sincerely,

<Name of HRC>
HR Representative

ACCEPTED ON ___10/19/2022___ BY _____(Signature)



■ **Terms of Agreement:** Please understand that this letter outlines your employment and parts of your compensation package. You must be actively employed by GRI to receive any of the payments detailed in this letter. Your employment is "at will" and this letter does not constitute an employment contract. As customary, we reserve the right to alter the terms of your compensation at any time upon notice of management's discretion and in compliance with applicable law. You and GRI acknowledge and agree that no representations, inducements, promises or agreements, oral or otherwise, have been made between you and GRI, or anyone acting on behalf of you or GRI, which are not included in this letter. You and GRI acknowledge and agree that no other agreement, statement, or promise not included in this letter shall be valid or binding

We are excited about you becoming a member of our team and look forward to working with you. This offer of employment will expire <three (3) days OR REPLACE WITH thirty (30) days> from the date of this letter after which it will no longer be valid. GRI further reserves the right to earlier rescind this offer at any time after issuance. This offer letter supersedes all prior oral or written communications between GRI and you. If you have any questions, please feel free to call me at <HRC's direct telephone #>.

Sincerely,

<Name of HRC>
HR Representative

ACCEPTED ON  10/19/2022  BY  *Kristen Grace*  (Signature)