**EXHIBIT 6**



**Error**

Authentication Error

The login information provided does not match the account for this envelope. Please try again and login with the same email address where you received this envelope.

For assistance, please visit our Support Center.