**EXHIBIT 7**

| | |
|---|---|
| **From:** | DocuSign System <dse@docusign.net> on behalf of DocuSign via DocuSign <dse@docusign.net> |
| **Sent:** | Friday, December 9, 2016 9:05 AM |
| **To:** | Crystin Javakula |
| **Subject:** | Completed: Please DocuSign these documents: Offer Letter.pdf, Employment Agreement--Robert Peters- 12-08-201... |



Your document has been completed.

**REVIEW DOCUMENTS**

All signers completed Please DocuSign these documents: Offer Letter.pdf, Employment Agreement--Robert Peters- 12-08-201...

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
BCB1D8F0CB2D47319F8CBDE9C518FE601

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're

in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly or replying to this email.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Crystin Javakula who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.



# Certificate Of Completion

Envelope Id: 54819DB76E5E4A598DF837537EEEC1F9  Status: Completed
Subject: Please DocuSign these documents: Offer Letter.pdf, Employment Agreement--Robert Peters- 12-08-201...
Source Envelope:
Document Pages: 19            Signatures: 3              Envelope Originator:
Certificate Pages: 1          Initials: 19               Crystin Javakula
AutoNav: Enabled                                         222 Lewis Circle Unit 131
EnvelopeId Stamping: Enabled                             Punta Gorda, FL 33950
Time Zone: (UTC-06:00) Central Time (US & Canada)        crystin.javakula@rate.com
                                                         IP Address: 172.90.50.20

## Record Tracking

Status: Original                Holder: Crystin Javakula           Location: DocuSign
    12/8/2016 10:58:05 PM               crystin.javakula@rate.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Robert Peters<br>robpetersnotary@gmail.com<br>Security Level: Email, Account Authentication (Optional) | *Robert Peters*<br>EC99A62EC97B420...<br><br>Using IP Address: 47.180.90.242 | Sent: 12/8/2016 11:00:02 PM<br>Resent: 12/9/2016 9:00:13 AM<br>Viewed: 12/9/2016 10:59:09 AM<br>Signed: 12/9/2016 11:04:31 AM |

Electronic Record and Signature Disclosure:
    Not Offered via DocuSign
    ID:

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Notary Events | | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/9/2016 9:00:13 AM |
| Certified Delivered | Security Checked | 12/9/2016 10:59:09 AM |
| Signing Complete | Security Checked | 12/9/2016 11:04:31 AM |
| Completed | Security Checked | 12/9/2016 11:04:31 AM |