Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletree.com
Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
Brett R. Tengberg CA Bar No. 318436
brett.tengberg@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendants GUARANTEED RATE, INC.; VICTOR CIARDELLI and NIKOLAOS ATHANASIOU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEED RATE, INC,<br><br>Defendant,<br><br>And<br><br>VICTOR CIARDELLI<br><br>Defendant,<br><br>And<br><br>NIKOLAOS ATHANASIOU<br><br>Defendant. | Case No. 3:23-cv-05602-VC<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY ACTION**<br><br>Hearing Date: May 23, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom: 4<br><br>Complaint Filed: October 31, 2023<br>Trial Date: None Set<br><br>District Judge: Vince Chhabria |

Under Fed. R. of Evid. § 201(b), the Court may take judicial notice of documents filed and orders or decisions entered in any federal or state court proceeding, and of other matters not reasonably subject to dispute. (*See Asdar Group v. Pillsbury, Madison & Sutro* (9th Cir. 1996) 99 F.3d 289, 290, fn. 1; *see also ReadyLink Healthcare, Inc. v. State Compensation Ins. Fund*, 754 F.3d 754, 756 (9th Cir. 2014) [fn. 1—judicial notice of California state court proceedings].) On that basis, Defendant Guaranteed Rate, Inc. respectfully request that the Court take judicial notice of these documents:

1. A true and correct copy of Judge Edward M. Chen's order on a Motion to Compel Individual Arbitration filed in the U.S. District Court, Northern District of California case titled *Chun Ping Turn v. Guaranteed Rate, Inc.,* Case No. 3:18-cv-02642-EMC, filed on January 17, 2019 attached hereto as Exhibit A.

2. A true and correct copy of Judge Edward M. Chen's order on a Motion to Compel Individual Arbitration filed in the U.S. District Court, Northern District of California case titled *Karla Pereyra v. Guaranteed Rate, Inc.,* Case No. 3:18-cv-02642-EMC, filed on June 28, 2019 attached hereto as Exhibit B.

3. A true and correct copy of Judge Jeffrey Brand's order on a Motion to Compel Individual Arbitration filed in the Superior Court of California, County of Alameda case titled *Travalini v. Guaranteed Rate, Inc.,* Case No. RG20082849, filed on June 4, 2021 attached hereto as Exhibit C.

DATED: March 25, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Tim L. Johnson*
Spencer C. Skeen
Tim L. Johnson
Andrew J. Deddeh
Attorneys for Defendant GUARANTEED RATE, INC.

1    Case No. 3:23-cv-05602
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY ACTION
61295507.v1-OGLETREE