# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARANTEED RATE, INC,<br><br>Defendant,<br><br>And<br><br>VICTOR CIARDELLI<br><br>Defendant,<br><br>And<br><br>NIKOLAOS ATHANASIOU<br><br>Defendant. | Case No. 3:23-cv-05602-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION, DISMISS CLASS CLAIMS, AND DISMISS OR STAY ACTION**<br><br>Hearing Date: May 23, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom: 4<br><br>Complaint Filed: October 31, 2023<br>Trial Date: None Set<br><br>District Judge: Vince Chhabria |

# [PROPOSED] ORDER

Defendants' Motion to Compel Arbitration came on for a regularly noticed hearing in the above-entitled Court, the Honorable Judge Vince Chhabria presiding.

After considering the papers and evidence in support of and in opposition to the Motion, as well as oral argument, and pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, and for good cause shown, it is hereby ordered that the Motion is GRANTED on grounds that the parties entered into a valid and enforceable arbitration agreement to arbitrate all employment-related disputes, including the claims alleged by Plaintiff in his First Amended Complaint, and the arbitration agreement includes a class action waiver and contemplates arbitration on an individual basis.

It is hereby **ORDERED** that:

1. Plaintiff must arbitrate his individual claims;
2. Plaintiff's class claims are dismissed; and
3. This action is stayed pending arbitration of Plaintiff's individual claims.

**IT IS SO ORDERED.**

Date: _____          _____
                                        Hon. Vince Chhabria
                                        United States District Court Judge